No. 95–1752. SHERWIN-WILLIAMS CO. *v.* CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND. C. A. 7th Cir. Certiorari denied.

No. 95–1755. FABRICACION METALICA DE MATAMOROS, S. A. DE C. V. *v.* HERNANDEZ ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–1758. WILLIAMS NATURAL GAS CO. *v.* TALUS PROPERTIES LIMITED PARTNERSHIP ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–1767. UTAH WOMEN'S CLINIC, INC., ET AL. *v.* LEAVITT, GOVERNOR OF UTAH, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–1771. PIERCE *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 95–1787. FLATLEY *v.* WHITMAN, GOVERNOR OF NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–1790. UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 204, AFL–CIO, ET AL. *v.* LUNDY PACKING CO. ET AL. (two judgments). C. A. 4th Cir. Certiorari denied.

No. 95–1800. CHAMBLEE ET AL. *v.* JIM WALTER RESOURCES, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–1813. CHEGUINA *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 95–1822. SCHNUCK MARKETS, INC. *v.* MARX. C. A. 10th Cir. Certiorari denied.

No. 95–1827. KLAT *v.* COUNTY OF SAN DIEGO ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1836. BIRDSEYE ET AL. *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 95–1838. RUCKER *v.* ILLINOIS CIVIL SERVICE COMMISSION ET AL. App. Ct. Ill., 4th Dist. Certiorari denied.